BYNUM *v.* CITY OF GREENVILLE

No. 43435          October 4, 1965          178 So. 2d 672

*R. Jess Brown,* Jackson; *Jack Greenberg, Melvyn Zarr,* New York, N. Y., for appellant.

*Bogen, Wilkes & McGough, Robertshaw & Meredith,* Greenville, for appellee.

BRADY, TOM P., J.

The facts in this case are identical with the facts in the case of Carroll Bolton v. City of Greenville, No. 43,433, 253 Miss. 656, 178 So. 2d 667. Therefore, this case is controlled by the decision in the Bolton case.

Reversed and appellant discharged.

*Lee, C. J., and Gillespie, Jones and Inzer, JJ.,* concur.